IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) $61,890.00 IN UNITED STATES ) CURRENCY, ) ) Defendant ) ) JESUS HOLGUIN, Claimant. ) | 8:07CV313 ORDER |

This case is before the court for a Rule 16 conference. Counsel for the parties appeared telephonically. Nancy Svoboda represented the plaintiff and Adam Tucker represented the claimant. Having reviewed progression of the case,

**IT IS ORDERED:**

1. Any pretrial motions by the parties shall be filed on or before **March 5, 2008**, and responses shall be filed by **March 31, 2008.**

2. A hearing on all pending motions will be held on **April 18, 2008 at 1:00 P.M.,** in Courtroom 6, 2nd Floor, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 17th day of January 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge